UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN WAESCHLE, individually and on
behalf of others similarly situated,

    Plaintiffs,

vs                                                   Case No: 08-10393
                                                   Honorable Victoria A. Roberts

OAKLAND COUNTY MEDICAL EXAMINER,
LJUBISA J. DRAGOVIC, M.D., individually and in
his official capacity as Medical Examiner of Oakland
County, Michigan, and on behalf of others
similarly situated, et al,

    Defendants.
_____/

## **ORDER**

Plaintiff filed a Motion To Alter Or Amend Judgment, Under Rule 59(e), which may be granted if there is a clear error of law, newly discovered evidence, an intervening change in controlling law, or to prevent manifest injustice. *Gen-Corp, Inc. v Am. Int'l Underwriters*, 178 F.#d 804, 834 (6th cir. 1999) (citations omitted).

The Court agrees with Defendants that Plaintiff has made the same arguments presented in this motion, several times before, and they have been rejected. Furthermore, none of the conditions to alter or amend judgment has been met by plaintiff; the motion is **DENIED**.

    **IT IS ORDERED**.


                                                  _____
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated:  June 14, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 14, 2011.

s/Linda Vertriest
Deputy Clerk